

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2014

No. 04-13-00207-CR

Roel **CANTU**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 11-11-0261-CRA
Honorable Stella Saxon, Judge Presiding

# O R D E R

The State's motion for extension of time to file the brief is GRANTED. Time is extended to February 27, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court